**Order entered July 30, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00791-CV

**BILL MCINTYRE, Appellant**

**V.**

**ELY EDWARDS AND WILLIE RUTH EDWARDS, Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03032**

## ORDER

By letter dated June 30, 2015, the Court directed appellant to pay the filing fee for the appeal within ten days. By letter dated July 10, 2015, we notified appellant that the Dallas County District Clerk informed the Court that appellant has not paid for the clerk's record. Appellant has not responded to either letter, but we note that the reporter's record was filed on July 10, 2015.

Accordingly, we **ORDER** appellant to pay, within **TEN DAYS** of the date of this order, the $195 filing fee for the appeal.

We further **ORDER** appellant to provide this Court, within **TEN DAYS** of the date of this order, with written verification that he has paid or made payment arrangements for the clerk's record.

*We warn appellant that if the filing fee is not paid and we do not receive written verification regarding payment for the clerk's record, we will, without further notice, dismiss the appeal. See* **Tex. R. App. P. 37.3(b), 42.3(c).**

We **DIRECT** the Clerk to send copies of this order to appellant Bill McIntyre and to counsel for all parties.


/s/     CAROLYN WRIGHT
         CHIEF JUSTICE